FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2016 MAR -3 P 12: 11

WILLIAM W. BLEVINS
CLERK



# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR THEFT OF GOVERNMENT FUNDS, AGGRAVATED IDENTITY THEFT, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 16-38 |
| v. | * | SECTION: SECT. L MAG. |
| RICKY P. TEMPLET | * | VIOLATIONS: 18 U.S.C. § 641 |
| | | 18 U.S.C. § 1028A(a)(1) |
| | * | 18 U.S.C. § 1028A(c)(1) |

\* \* \*

The Grand Jury charges that:

### COUNTS 1-16

### THEFT OF GOVERNMENT FUNDS

**A.**  **AT ALL TIMES MATERIAL HEREIN:**

1. The U.S. Department of Veterans Affairs ("VA") was a department of the United States responsible for providing U.S. military veterans with a variety of services including disability benefits and health care.

2. VA Death Pension Benefits were benefits intended for the spouse of a deceased veteran who passed away as a result of a non-service connected event.

3. On or about June 2, 2009, Therese A. Templet, the mother of the defendant, **RICKY P. TEMPLET** ("**TEMPLET**"), applied for and became eligible for Death Pension Benefits as a result of the passing of her husband and the defendant's father, Leroy P. Templet.

4. The VA Fiduciary Program, under authority granted by Congress, administered VA funds to a beneficiary through a legal custodian or authorized payee. Funds paid by the VA to the legal custodian were for the exclusive benefit of the beneficiary and the beneficiary's dependents, if any. The legal custodian received the funds as a fiduciary, in trust for the benefit or use of the beneficiary.

5. A legal fiduciary must execute a VA Fiduciary Agreement, VA Form 21P-4703, and agree to report to the VA the death of the beneficiary.

6. On or about January 14, 2013, the defendant, **RICKY P. TEMPLET**, executed a VA Fiduciary Agreement on behalf of his mother, Therese A. Templet.

7. On or about January 15, 2013, the defendant's mother, Therese A. Templet, passed away.

8. The defendant, **RICKY P. TEMPLET**, failed to notify the VA that his mother had passed away.

9. From on or about February 1, 2013, through on or about April 1, 2014, the VA issued approximately sixteen (16) U.S. Treasury checks made payable to the defendant, **RICKY TEMPLET**, or his mother, Therese A. Templet, totaling more than approximately $26,400.00.

**B.   THE OFFENSE:**

On or about the dates listed below, in the Eastern District of Louisiana and elsewhere, the defendant, **RICKY P. TEMPLET**, did knowingly embezzle, steal, purloin, and convert to his use, money belonging to the United States and a department and agency thereof, namely benefit

checks in the form of U.S. Treasury Checks paid by the VA, to which he knew he was not entitled, in the approximate amounts listed according to the schedule below:

| COUNT NO. | DATE | CHECK NO. ENDING | AMOUNT |
|---|---|---|---|
| 1 | February 1, 2013 | 08311137 | $1,113.00 |
| 2 | February 8, 2013 | 69021900 | $9,678.00 |
| 3 | March 1, 2013 | 08578237 | $1,113.00 |
| 4 | April 1, 2013 | 08834637 | $1,113.00 |
| 5 | May 1, 2013 | 09049833 | $1,113.00 |
| 6 | May 31, 2013 | 09237411 | $1,113.00 |
| 7 | July 1, 2013 | 09428447 | $1,113.00 |
| 8 | August 1, 2013 | 09609499 | $1,113.00 |
| 9 | August 30, 2013 | 09782925 | $1,113.00 |
| 10 | October 1, 2013 | 09970382 | $1,113.00 |
| 11 | November 1, 2013 | 10128595 | $1,113.00 |
| 12 | November 29, 2013 | 10302329 | $1,113.00 |
| 13 | December 31, 2013 | 10469299 | $1,130.00 |
| 14 | January 31, 2014 | 10635184 | $1,130.00 |
| 15 | February 28, 2014 | 10798144 | $1,130.00 |
| 16 | April 1, 2014 | 10957278 | $1,130.00 |

All in violation of Title 18, United States Code, Section 641.

## COUNT 17

## AGGRAVATED IDENTITY THEFT

A.  The allegations contained in Parts A and B of Counts 1 through 16 are hereby re-alleged and incorporated herein by reference.

B.  **THE OFFENSE**:

On or about February 1, 2013, within the Eastern District of Louisiana and elsewhere, the defendant, **RICKY P. TEMPLET**, did knowingly transfer, possess, and use without lawful authority, the means of identification of another person during and in relation to the offense of Theft of Government Funds contained in Count 1 of this Indictment, that is, he knowingly used the name of Therese Templet, an actual person known to the grand jury, during and in relation to committing the offense of Theft of Government Funds in violation of Title 18, United States Code, Section 641.

All in violation of Title 18, United States Code, Sections 1028A(a)(1), (c)(1).

## NOTICE OF FORFEITURE

1.  The allegations of Counts 1 through 16 of this Indictment are realleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 641 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

2.  As a result of the offenses alleged in Counts 1 through 16, defendant, **RICKY P. TEMPLET**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c), any and all property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 641.

3.  If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third person;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 18, United States Code, Sections 641 and 981(a)(1)(C), made applicable through Title 28, United States Code, Section 2461(c).

A TRUE BILL:

FOREPERSON

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

BRIAN M. KLEBBA
Assistant United States Attorney
New York Bar Reg. No. 2938728

New Orleans, Louisiana
March 3, 2016

5

FORM OBD-34

No. _____

# UNITED STATES DISTRICT COURT

_Eastern_ District of _Louisiana_

_Criminal_ Division

## THE UNITED STATES OF AMERICA

vs.

## RICKY P. TEMPLET

# INDICTMENT

### INDICTMENT FOR THEFT OF GOVERNMENT FUNDS, AGGRAVATED IDENTITY THEFT, AND NOTICE OF FORFEITURE

VIOLATION: 18 U.S.C. §§ 641, 1028A(a)(1), 1028(c)(1)

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2016.

_____
Clerk

Bail, $ _____

Brian M. Klebba, Assistant United States Attorney